Opinion filed August 3, 2006















 
 
  
 
 







 
 
  
 
 




Opinion filed August 3, 2006

 

 

 

 

 

 

                                                                          In The

                                                                                 

      Eleventh Court of Appeals

                                                                   ____________

 

                                                             No. 11-06-00139-CR 

                                                      __________

 

                                       ADAM RAY MUNIZ, Appellant

                                                               V.

                                          STATE
OF TEXAS, Appellee

 



 

                                            On
Appeal from the 385th District Court

                                                           Midland
 County, Texas

                                                   Trial Court Cause No. CR31677

 



 

                                                                     O
P I N I O N

Adam Ray Muniz has filed in this court a motion to
dismiss his appeal.  Appellant states
that he desires to withdraw his notice of appeal pursuant to a plea bargain
agreement that he has entered in another case. 
Appellant further states that his decision to withdraw his notice of
appeal is made freely and voluntarily and only after counsel has explained the
consequences.  The motion is signed by
both appellant and his counsel. 

The motion is granted, and the appeal is
dismissed.

 

August 3,
2006                                                                         PER
CURIAM

Do not publish.  See Tex.
R. App. P. 47.2(b).

Panel consists of:  Wright, C.J., and

McCall, J., and Strange,
J.